UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HENDRICK HAYNES,

                Plaintiff(s),

    v.

UNITED STATES OF AMERICA

                Defendant(s).

NO. C0-P

MINUTE ORDER

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman:

On November 27, 2006, Defendant United States filed a Motion to Stay Discovery Pending Resolution of Motion to Dismiss (Dkt. No. 12), which was noted for December 15, 2006.  The motion falls under Local Civil Rule 7(d)(2) as a motion "for relief from deadline or limit imposed by an order..."

On December 4, 2006, Plaintiff filed "Plaintiff's Response Praying Court to <u>Deny</u> United States' 'Motion. . . To. . . Stay'" (*sic*; Dkt. No. 13).  The brief is 20 pages long, with 31 pages of attachments.  Plaintiff is referred to Local Civil Rule 7(e)(2): "Motions noted under CR 7(d)(2) and briefs in opposition shall not exceed twelve pages."  Plaintiff did not submit a motion to file an overlength brief pursuant to CR 7(f).

The Court hereby STRIKES Plaintiff's responsive pleading.  Plaintiff is ordered to revise his

MINUTE ORDER

1  pleading to conform to the rule and re-file the amended pleading by no later than **December 11, 2006**.

2  Plaintiff is advised in advance that the Court will not entertain a motion for overlength brief.

3        Unless Defendant requests otherwise, the noting date of the motion to stay discovery will

4  remain on December 15, 2006.

5

6        Filed this 5th day of December, 2006.

7                                 BRUCE RIFKIN, Clerk

8

                               By     /s Mary Duett

9                                         Deputy Clerk

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26  MINUTE ORDER